FILED
U.S. DISTRICT COURT

JAN 20   9 05 AM '00

WHITE
CLERK

**UNITED STATES  DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

ROBERT DAVID TATE                      CIVIL ACTION NO. 00-0054

versus                                 SECTION:  "B" (3)

DENNIS COCKRAN, ET AL


          IT IS ORDERED that on or before February 25, 2000,

plaintiff shall file the following:

     1.   A written statement of the facts expected to be

          offered at trial either orally or as documents.

     2.   A complete list of all the exact documents to be

          offered at trial.

     3.   A complete list of all witnesses plaintiff intends

          to call at trial.  Plaintiff must give:

          a.   Name and address of each witness.

          b.   A separate summary of each witness's expected

               testimony.


DATE OF ENTRY  JAN 2 0 2000

Fee
Process
X  Dktd
   CtRmDep
Doc.No.

Plaintiff must send a copy of the above information to the defendants' attorney, Talley, Anthony & Hughes, Charles Hughes, Jr., Esq., Acadian Bank Building, 4565 LaSalle Street, Suite 300, Mandeville, LA 70471.  Plaintiff must send copies of <u>all</u> motions sent the court to opposing counsel.  Failure to comply with the orders of this court may result in dismissal of this action.

The Clerk of Court is **ORDERED to add all counsel listed above as attorneys of record and to forward a copy of this minute entry to all counsel.**

**IT IS FURTHER ORDERED that the Clerk of Court issue summons.**

New Orleans, Louisiana, this ⟋⟋ day of January, 2000.

_____
LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

_____
**CLERK TO NOTIFY ALL COUNSEL
AND PLAINTIFF BY REGULAR MAIL
AT THE FOLLOWING ADDRESS:**

**Robert David Tate
St. Tammany Parish Jail
Post Office Box 908
Covington, LA 70433**

- 2 -