

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT DAVID TATE** | CIVIL ACTION |
| VERSUS | NO. 00-0054 |
| **DENNIS COCKRAN, JACK STRAIN, GREG LONGINO, FRANK GERNALDO, AND "CAPTAIN GWENN"** | SEC."B" MAG. 3 |

### MOTION FOR EXTENSION OF TIME IN WHICH TO FILE PLEADINGS

On motion of Deputy Dennis Cockran, Jack Strain Sheriff of St. Tammany Parish, Captain Greg Longino, Deputy Frank Gernaldo, and Deputy Robert Wynne, referred to in the complaint as "Captain Gwenn", appearing herein solely for the purpose of this motion through undersigned counsel; and on suggesting to the Court that he is informed that the defendants were recently served and this case has just been referred to him and that it is necessary that he have an additional delay in which to plead; that this is the first such motion filed by him in this matter; and that no known objection to such request has been made by any party of record to these proceedings.

**IT IS ORDERED** that the defendant be and is hereby granted a delay of twenty (20) days from date of this order in which to file further pleadings in this matter.

DATE OF ENTRY  FEB 4 2000

New Orleans, Louisiana, this 3rd day of February, 2000.

_____
JUDGE

Respectfully submitted,

**TALLEY, ANTHONY, HUGHES & KNIGHT, L.L.C.**

BY: _____
R. BRADLEY LEWIS (#8657)
Union Planters Bank Building
4565 LaSalle St., Suite 300
Mandeville, Louisiana 70429-0340
(504) 624-5010
ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY THAT** a copy of the above and foregoing has been furnished to plaintiff Robert David Tate, St. Tammany Parish Jail, B-Dorm #49, P.O. Box 908, Covington, LA 70434, by placing a copy of same in the U. S. Mail, postage paid, this 1st day of February, 2000.

_____
R. BRADLEY LEWIS