FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 FEB 24  A 11: 32

LORETTA G. WHYTE

**MINUTE ENTRY**
**AFRICK, M.J.**
**February 24, 2000**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ROBERT DAVID TATE                    CIVIL ACTION NO. 00-0054

versus                               SECTION: "B" (3)

DENNIS COCKRAN, ET AL

This Court is in receipt of a motion to dismiss filed on behalf of defendants. Plaintiff shall file his opposition to said motion on or before **March 9, 2000**, or the motion will be granted as unopposed.

The motion to dismiss is hereby set for hearing, without oral argument, on **March 15, 2000**.

LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

CLERK TO NOTIFY ALL COUNSEL
AND PLAINTIFF, BY REGULAR
MAIL, AT THE FOLLOWING ADDRESS:

Robert David Tate
St. Tammany Parish Jail
Post Office Box 908
Covington, LA 70433

DATE OF ENTRY FEB 24 2000