FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2000 MAR -1  P 12: 52

LORETTA G. WHYTE
CLERK

**MINUTE ENTRY**
**AFRICK, M.J.**
**March 1, 2000**

### UNITED STATES  DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**ROBERT DAVID TATE**                              **CIVIL ACTION NO. 00-0054**

**versus**                                                  **SECTION: "B" (3)**

**DENNIS COCKRAN, ET AL**

     The undersigned U.S. Magistrate Judge's chambers has been informed that plaintiff has been released from custody and is now residing at 413 Magnolia Street, Slidell, LA 70460.

     Accordingly, the Clerk of Court is **ORDERED** to forward a copy of this Court's January 18, 2000 order/minute entry to plaintiff by **certified and regular mail** at the new address. Plaintiff is granted until March 15, 2000, to respond to this Court's previous order/minute entry.

     **FAILURE TO RESPOND WILL RESULT IN A RECOMMENDATION OF DISMISSAL.**

**LANCE M. AFRICK**
**UNITED STATES MAGISTRATE JUDGE**

DATE OF ENTRY MAR 0 1 2000

Fee_____
Process_____
X  Dktd_____
CtRmDep._____
Doc.No._____

#12

FILED
U S DISTRICT COURT

JAN 20   9 05 AM '00

WHITE
CLERK

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

**ROBERT DAVID TATE**                    **CIVIL ACTION NO. 00-0054**

**versus**                              **SECTION: "B" (3)**

**DENNIS COCKRAN, ET AL**


   **IT IS ORDERED** that on or before February 25, 2000, plaintiff shall file the following:

   1.  A written statement of the facts expected to be offered at trial either orally or as documents.

   2.  A complete list of all the exact documents to be offered at trial.

   3.  A complete list of all witnesses plaintiff intends to call at trial.  Plaintiff must give:

       a.  Name and address of each witness.

       b.  A separate summary of each witness's expected testimony.


DATE OF ENTRY __JAN 2 0 2000__

Fee
Process
X Dktd
CtRmDep
Doc.No. 7

Plaintiff must send a copy of the above information to the defendants' attorney, Talley, Anthony & Hughes, Charles Hughes, Jr., Esq., Acadian Bank Building, 4565 LaSalle Street, Suite 300, Mandeville, LA 70471.   Plaintiff must send copies of all motions sent the court to opposing counsel.  Failure to comply with the orders of this court may result in dismissal of this action.

The Clerk of Court is **ORDERED to add all counsel listed above as attorneys of record and to forward a copy of this minute entry to all counsel.**

**IT IS FURTHER ORDERED that the Clerk of Court issue summons.**

New Orleans, Louisiana, this _18_ day of January, 2000.


LANCE M. AFRICK
UNITED STATES MAGISTRATE JUDGE

---

**CLERK TO NOTIFY ALL COUNSEL
AND PLAINTIFF BY REGULAR MAIL
AT THE FOLLOWING ADDRESS:**

**Robert David Tate
St. Tammany Parish Jail
Post Office Box 908
Covington, LA 70433**

- 2 -