

**MINUTE ENTRY**
**AFRICK, M.J.**
**March 29, 2000**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ROBERT DAVID TATE** | **CIVIL ACTION** |
| **VERSUS** | **NO. 00-0054** |
| **DENNIS COCKRAN, ET AL** | **SEC. "B" (3)** |

<u>ORDER</u>

Before the Court is a motion to dismiss plaintiff's complaint filed by Sheriff Jack Strain and Greg Longino.[1] On March 22, 2000, this Court recommended dismissing plaintiff's complaint without prejudice for failure to prosecute.[2] Accordingly,

**IT IS ORDERED** that the motion to dismiss plaintiff's complaint filed by Sheriff Jack Strain and Greg Longino is **DENIED AS MOOT**.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Rec. Doc. No. 10.

[2] Rec. Doc. No. 13.

DATE OF ENTRY
MAR 3 0 2000