

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR 12 A 8:40

LORETTA G. WHYTE

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**ROBERT DAVID TATE**  CIVIL ACTION

**VERSUS**  NO: 00-0054

**DENNIS COCKRAN, ET AL**  SECTION: "B" (3)

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Findings and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Findings and Recommendation, hereby approves the Findings and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint be and is hereby **DISMISSED WITHOUT PREJUDICE** pursuant to Rule 41 of the Federal Rules of Civil Procedure for failure to prosecute.

New Orleans, Louisiana, this 11th day of April, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
APR 12 2000

___Fee_____
___Process__
 X _Dktd____
___CtRmDep__
___Doc.No.__