FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2000 APR 12 A 8:40

LORETTA G. WHYTE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **ROBERT DAVID TATE** | CIVIL ACTION |
| **VERSUS** | NO: 00-0054 |
| **DENNIS COCKRAN, ET AL** | SECTION: "B" (3) |

## J U D G M E N T

The Court having approved the Findings and Recommendation of the United States Magistrate Judge and having adopted it as its opinion herein; accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendants, Dennis Cockran, Jack Strain, Greg Longino, Frank Gernaldo and Robert Wynne, and against plaintiff, Robert David Tate, dismissing without prejudice plaintiff's complaint for failure to prosecute.

New Orleans, Louisiana, this 11th day of April, 2000.

_____
UNITED STATES DISTRICT JUDGE

DATE OF ENTRY
APR 1 2 2000